UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

ALEX R. WHITE,

               Plaintiff,

      -against-

LAWYER.COM, LLC, and WORLD
MEDIA GROUP, LLC,

               Defendants.

-------------------------------------------------------

16cv6617

SUA SPONTE ORDER
TO SHOW CAUSE

WILLIAM H. PAULEY III, District Judge:

        Plaintiff is ordered to show cause why this case should not be dismissed for lack of subject-matter jurisdiction. Plaintiff is directed to submit a memorandum by October 4, 2016 setting forth the reasons why this Court has subject-matter jurisdiction over this action.

Dated: September 13, 2016
       New York, New York

                                      SO ORDERED:

                                      WILLIAM H. PAULEY III
                                      U.S.D.J.