UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Alex R. White,<br>Individually And On Behalf of All Others Similarly Situated,<br><br>           Plaintiffs,<br><br>     *- against -*<br><br>LAWYER.COM, LLC,<br>a New York corporation, and<br><br>WORLD MEDIA GROUP, LLC<br>a New Jersey corporation,<br><br>           Defendants. | Case No. 1:16-cv-06617<br><br>Hon. William H. Pauley, III<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Alex R. White voluntarily dismisses with prejudice the above-entitled action against Defendant. This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

Dated: Oct.. 4, 2016    By: s/ Paul C. Whalen
               Paul C. Whalen (PW1300)
               Law Office of Paul C. Whalen, P.C.
               768 Plandome Road
               Manhasset, NY 11030
               (516) 426-6870 telephone
               (212) 658-9685 facsimile
               pcwhalen@gmail.com

               Jasper D. Ward IV
               Alex C. Davis
               JONES WARD PLC
               Marion E. Taylor Building
               312 S. Fourth Street, Sixth Floor
               Louisville, Kentucky 40202
               Tel. (502) 882-6000
               Fax (502) 587-2007
               jasper@jonesward.com
               alex@jonesward.com
               *Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Alex R. White, <br> Individually And On Behalf of All Others <br> Similarly Situated, <br><br>                              Plaintiffs, <br><br>              - *against* - <br><br> LAWYER.COM, LLC, <br> a New York corporation, and <br><br> WORLD MEDIA GROUP, LLC <br> a New Jersey corporation, <br><br>                              Defendants. | Case No. 1:16-cv-06617 <br><br> Hon. William H. Pauley, III <br><br> **PROPOSED ORDER OF** <br> **DISMISSAL WITH PREJUDICE** |

AS PLAINTIFF ALEX R. WHITE HAS GIVEN NOTICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this Court dismisses with prejudice the above-entitled action against Defendant.


X_____

Hon. William H. Pauley, III; U.S.D.J.


Dated: _____