UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Alex R. White,<br>Individually And On Behalf of All Others<br>Similarly Situated,<br><br>                            Plaintiffs,<br><br>            - *against* -<br><br>LAWYER.COM, LLC,<br>a New York corporation, and<br><br>WORLD MEDIA GROUP, LLC<br>a New Jersey corporation,<br><br>                           Defendants. | Case No. 1:16-cv-06617<br><br>Hon. William H. Pauley, III<br><br>**NOTICE OF VOLUNTARY<br>DISMISSAL WITH PREJUDICE** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Alex R. White voluntarily dismisses with prejudice the above-entitled action against Defendant. This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

Dated: Oct.. 4, 2016        By:   s/ Paul C. Whalen
                                             Paul C. Whalen (PW1300)
                                             LAW OFFICE OF PAUL C. WHALEN, P.C.
                                             768 Plandome Road
                                             Manhasset, NY 11030
                                             (516) 426-6870 telephone
                                             (212) 658-9685 facsimile
                                             pcwhalen@gmail.com

                                             Jasper D. Ward IV
                                             Alex C. Davis
                                             JONES WARD PLC
                                             Marion E. Taylor Building
                                             312 S. Fourth Street, Sixth Floor
                                             Louisville, Kentucky 40202
                                             Tel. (502) 882-6000
                                             Fax (502) 587-2007
                                             jasper@jonesward.com
                                             alex@jonesward.com
                                             *Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Alex R. White,<br>Individually And On Behalf of All Others<br>Similarly Situated,<br><br>                              Plaintiffs,<br><br>                 - *against* -<br><br>LAWYER.COM, LLC,<br>a New York corporation, and<br><br>WORLD MEDIA GROUP, LLC<br>a New Jersey corporation,<br><br>                              Defendants. | Case No. 1:16-cv-06617<br><br>Hon. William H. Pauley, III<br><br>**PROPOSED ORDER OF<br>DISMISSAL WITH PREJUDICE** |

AS PLAINTIFF ALEX R. WHITE HAS GIVEN NOTICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this Court dismisses with prejudice the above-entitled action against Defendant.


X_____

Hon. William H. Pauley, III; U.S.D.J.


Dated: _____