UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Alex R. White,<br>Individually And On Behalf of All Others<br>Similarly Situated,<br><br>Plaintiffs,<br><br>- against -<br><br>LAWYER.COM, LLC,<br>a New York corporation, and<br><br>WORLD MEDIA GROUP, LLC<br>a New Jersey corporation,<br><br>Defendants. | Case No. 1:16-cv-06617<br><br>Hon. William H. Pauley, III<br><br>**ORDER OF**<br>**DISMISSAL WITH PREJUDICE** |

AS PLAINTIFF ALEX R. WHITE HAS GIVEN NOTICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this Court dismisses with prejudice the above-entitled action against Defendant.

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

Dated: October 5, 2016
New York, NY